Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−13024−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard T. Huesser
   aka Richard Thomas Huesser
   1401 Peden Avenue
   West Deptford, NJ 08093

Social Security No.:
   xxx−xx−9325

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/11/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 11, 2024
JAN: as

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-13024-ABA |
| Richard T. Huesser | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 11, 2024 | Form ID: 148 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard T. Huesser, 1401 Peden Avenue, West Deptford, NJ 08093-1942 |
| 520201582 | + | Gloucester County Probation, 1893 Hurffville Road, Sewell, NJ 08080-4281 |
| 520201583 | + | Gloucester County Prosecutor's Office, 70 Hunter Street, Woodbury, NJ 08096-4606 |
| 520201587 | + | Limosa, LLC, 3611 South Harbor Boulevard, #100, Santa Ana, CA 92704-7915 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 11 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 11 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520306683 | + | EDI: MAXMSAIDV | Sep 12 2024 00:34:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520271024 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2024 20:53:37 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520201578 | | EDI: CAPITALONE.COM | Sep 12 2024 00:34:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520201579 | + | EDI: AISACG.COM | Sep 12 2024 00:34:00 | Capital One Auto Finance, PO Box 165028, Irving, TX 75016-5028 |
| 520229838 | + | EDI: AIS.COM | Sep 12 2024 00:34:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520201580 | + | EDI: CCS.COM | Sep 12 2024 00:34:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520201581 | | EDI: AMINFOFP.COM | Sep 12 2024 00:34:00 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520201584 | | EDI: IRS.COM | Sep 12 2024 00:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520252834 | | EDI: JEFFERSONCAP.COM | Sep 12 2024 00:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520201585 | ^ | MEBN | Sep 11 2024 20:45:47 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520201586 | | Email/Text: LibertySOP@cscglobal.com | Sep 11 2024 20:47:00 | Liberty Mutual Insurance Co, 175 Berkeley Street, Boston, MA 02116 |
| 520284954 | ^ | MEBN | Sep 11 2024 20:46:05 | Land Home Financial Services, Inc., 3611 South |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 11, 2024 | Form ID: 148 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 520201588 | + | EDI: PHINGENESIS | Sep 12 2024 00:34:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 520201589 | | EDI: MAXMSAIDV | Sep 12 2024 00:34:00 | Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520201590 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 11 2024 20:47:00 | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 520272160 | | EDI: Q3G.COM | Sep 12 2024 00:34:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520201591 | ^ | MEBN | Sep 11 2024 20:46:14 | Receivable Management Services, LLC, 12755 Highway 55, Suite 300, Plymouth, MN 55441-4676 |
| 520201592 | + | Email/Text: jcissell@bankofmissouri.com | Sep 11 2024 20:47:00 | The Bank of Missouri, 216 West 2nd Street, Dixon, MO 65459-8048 |
| 520201593 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 11 2024 20:49:00 | Transworld Systems, Inc., PO Box 15520, Wilmington, DE 19850-5520 |
| 520201594 | | Email/Text: EDBKNotices@ecmc.org | Sep 11 2024 20:46:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 520201595 | + | EDI: VERIZONCOMB.COM | Sep 12 2024 00:34:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Limosa LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Sep 11, 2024 | Form ID: 148 | Total Noticed: 27

Rex J. Roldan
    on behalf of Debtor Richard T. Huesser roldanlaw@comcast.net roldanlaw1@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5