Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24–13024–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Richard T. Huesser
　aka Richard Thomas Huesser
　1401 Peden Avenue
　West Deptford, NJ 08093

Social Security No.:
　xxx–xx–9325

Employer's Tax I.D. No.:

---

## FINAL DECREE

　The estate of the above named debtor(s) has been fully administered.

　If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

　ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>December 30, 2024</u>　　　　　　　　<u>Andrew B. Altenburg Jr.</u>
　　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court